IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASBIAN M. WARD, # 153328, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:11cv789-TMH |
| | )                    (WO) |
| LEEPOSEY DANIELS, *et al.*, | ) |
| Respondents. | ) |

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this 18th day of October, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE